DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MATTHEW J. CLARK,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D15-2388

[January 20, 2016]

Appeal of order denying rule 3.801 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; John S. Kastrenakes, Judge; L.T. Case No. 502010CF012165A.

Matthew J. Clark, Miami, pro se.

Pamela Jo Bondi, Attorney General, Tallahassee, and Mark J. Hamel, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

The defendant appeals an order denying a rule 3.801 motion to correct jail credit and seeks review of an order denying his motion for extension of time to move for rehearing. Although the defendant stated good cause for an extension of time, we affirm because he was not entitled to relief under rule 3.801 as a matter of law. Our affirmance is without prejudice for him to file a timely rule 3.850 motion if he can state a sufficient claim of ineffective assistance of counsel.

*Affirmed.*

STEVENSON, GROSS and MAY, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***